**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Colie Dee Dawkins, Appellant.

Appellate Case No. 2024-001215

———————

Appeal From Newberry County
Matthew P. Turner, Family Court Judge

———————

Unpublished Opinion No. 2026-UP-188
Submitted March 2, 2026 – Filed April 29, 2026

———————

**AFFIRMED**

———————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Sarah Marie Coldiron, of the South Carolina Department
of Social Services, of Greenville, for Respondent.

———————

**PER CURIAM:**  Colie Dee Dawkins appeals the family court's final order entering his name in the Central Registry of Child Abuse and Neglect.  *See* S.C. Code Ann. § 63-7-1930 (2010).  Upon a thorough review of the record and the

family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.